IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAAMEYAA CANNDUAH, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN DIAGNOSTIC IMAGING, INC. d/b/a ADVANCED MEDICAL IMAGING, INC., IMAGEN CHICAGO CORP., UNITED DIAGNOSTIC PROVIDERS, LLC d/b/a M S VENTURES LLC AN ILLINOIS LIMITED LIABILITY COMPANY, HARSHA HATTI and MOQUEET SYED,<br><br>Defendants. | No. 17-cv-04484 |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
### <u>WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Maameyaa Cannduah, by and through her undersigned attorneys, hereby stipulates and agrees that this matter be voluntarily dismissed with prejudice as to Defendant Metropolitan Diagnostic Imaging, Inc. d/b/a Advanced Medical Imaging, Inc., only, in the above-captioned action with the parties to bear their own attorney fees and costs.

ENTER:

_____
Judge Sharon Johnson Coleman

/s/ *Andrew C. Ficzko*

Andrew C. Ficzko
James B. Zouras
Stephan Zouras, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
(312) 233-1550
aficzko@stephanzouras.com